FILED

11/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0418

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court No. DA 21-0418

IN RE THE MARRIAGE OF:    )
    )    **ORDER GRANTING**
JENNIFER L. RUSSUM,    )    **UNCONTESTED MOTION FOR**
    )    **EXTENSION OF TIME TO**
    Petitioner and Appellant,    )    **FILE OPENING BRIEF**
    )
and    )
    )
MATTHEW S. WENDT,    )
    )
    Respondent and Appellee.    )
_____)

Appellant, Jennifer L. Russum, has moved this Court, pursuant to M. R. App. P. 26(2), for a 30-day extension, from November 29, 2021, up to and including December 29, 2021, in which to file her opening brief in this matter. Appellee does not oppose the motion.

IT IS HEREBY ORDERED that Appellant shall have up to and including December 29, 2021, to file her opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 24 2021